UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,

   v.

THERESA CISNEROUS, et al.,

        Defendants.

Case No. 21-cv-07393-HSG

**ORDER OF TRANSFER**

Plaintiff, an inmate housed at California Substance Abuse Treatment Facility II ("CSATF"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges that CSATF warden Theresa Cisnerous, CSATF, the California Department of Corrections and Rehabilitation, and the Office of Grievance appeals coordinators Zamora and Shaw have violated his constitutional rights by failing to address conditions that put him at risk for contracting COVID-19, such as overcrowding and difficulty maintaining six feet distance between inmates.  Dkt. No. 1.  The events or omissions giving rise to the claim(s) occurred at CSATF, which is located in Kings County, which lies within the venue of the Eastern District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  *See id.* § 1391(b).  Neither the complaint's focus on medical issues nor *Plata* authorizes venue in this district.  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 9/29/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge